**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

-----------------------------------X
Mikus, et al

                                        NOTICE OF REASSIGNMENT

            -v-
                                        7:08 CV 3682 (CLB) (LMS)

County of Dutchess, et al

-----------------------------------X


    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the calendar of


        JUDGE: Charles L. Brieant

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a
copy of the Notice of Reassignment on all defendants.


                        J. Michael McMahon, CLERK

Dated:04/30/2008
                        by: _____
                                Deputy Clerk


CC:  Attorneys of Record

Case Redesignated To USMJ: Lisa Margaret Smith


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM




                        Revised: September 9, 2004