**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                       May 19, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV3682(CLB)(LMS)

Andrew C. Quinn
Quinn & Mellea
399 Knollwod Road    #220
White Plains, NY 10603

Keith P. Byron
Assistant County Attorney
County of Dutchess
22 Market Street
Poughkeepsie, NY 12601


    The  matter of        **MIKUS-V-DUTCHESS**  has been  scheduled for a

conference,  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on

**June 4,  2008** at   10:00 AM  in Courtroom 420.


Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.