*Fee paid*
*$25.00*
*E651178*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKUS, TODD et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 08-cv-3682 |
| ) | |
| ) | JURY TRIAL DEMANDED |
| THE COUNTY OF DUTCHESS, NEW YORK ) | |
| ) | |
| AND ) | |
| ) | |
| THE DUTCHESS COUNTY SHERIFF'S ) | |
| DEPARTMENT OF DUTCHESS COUNTY, ) | |
| NEW YORK ) | |
| ) | |
| AND ) | |
| ) | |
| ADRIAN H. ANDERSON, SHERIFF OF ) | |
| THE COUNTY OF DUTCHESS, NEW YORK ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR ADMISSION OF
## ATTORNEY HEIDI R. BURAKIEWICZ PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Andrew Quinn, a

member in good standing of the bar of this Court, hereby move for an Order

allowing the admission pro hac vice of:

HEIDI R. BURAKIEWICZ
Woodley & McGillivary
1125 15th Street, NW, Suite 400
Washington, DC 20005
Telephone: 202-833-8855
Facsimile: 202-452-1090

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Heidi R. Burakiewicz is in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Heidi R. Burakiewicz in any State or Federal Court.

Dated: 5/28/08

City, State: White Plains, New York

Respectfully submitted,

Andrew Quinn
Quinn, Ferrante & Mellea
399 Knollwood Road
Suite 220
White Plains, NY  10603
Phone: 914-997-0555
Fax: 914-997-0550

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKUS, TODD et al.  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.    )<br>)<br>)<br>THE COUNTY OF DUTCHESS, NEW YORK  )<br>)<br>AND    )<br>)<br>THE DUTCHESS COUNTY SHERIFF'S  )<br>DEPARTMENT OF DUTCHESS COUNTY,  )<br>NEW YORK    )<br>)<br>AND    )<br>)<br>ADRIAN H. ANDERSON, SHERIFF OF  )<br>THE COUNTY OF DUTCHESS, NEW YORK  )<br>)<br>Defendants.  ) | Civil Action No.: __08-cv-3682__<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF ANDREW QUINN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Andew Quinn, being duly sworn, hereby deposes and says:

1. I (partner at Quinn, Ferrante & Mellea), am counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Heidi R. Burakiewicz as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York.

3. I have known Heidi R. Burakiewicz since April 2008.

4. Heidi R. Burakiewicz is an associate attorney at Woodley & McGillivary in Washington, DC.

1



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HEIDI RHODES BURAKIEWICZ

was on the 6TH day of AUGUST, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKUS, TODD et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF DUTCHESS, NEW YORK<br><br>AND<br><br>THE DUTCHESS COUNTY SHERIFF'S DEPARTMENT OF DUTCHESS COUNTY, NEW YORK<br><br>AND<br><br>ADRIAN H. ANDERSON, SHERIFF OF THE COUNTY OF DUTCHESS, NEW YORK<br><br>Defendants. | Civil Action No.: __08-cv-3682__<br><br>JURY TRIAL DEMANDED |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Andrew Quinn, attorney for Todd Mikus, et al., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Heidi R. Burakiewicz
Woodley & McGillivary
1125 15th Street, NW, Suite 400
Washington, DC 20005
Telephone/ Facsimile: 202-833-8855/202-452-1090
Email: hrb@wmlaborlaw.com

is admitted to practice pro hac vice as counsel for Todd Mikus, et al. in the above captions case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at ny.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City/State:

_____

Hon. Charles L. Brieant, U.S.D.J.

## CERTIFICATE OF SERVICE

This is to certify that one true and accurate copy of Plaintiffs' Motion for Admission of Attorney Heidi R. Burakiewicz and proposed Order was served by first-class mail, postage pre-paid on the following counsel for defendants on this 2 day of June, 2008:

Ronald L. Wozniak
County Attorney
Attorney for County of Dutchess
22 Market Street
Poughkeepsie, New York 12601
(845) 486-2110

And

Keith P. Byron, Senior
Assistant County Attorney
22 Market Street
Poughkeepsie, New York 12601
(845) 486- 2110

Andrew Quinn
Quinn, Ferrante & Mellea
399 Knollwood Road
Suite 220
White Plains, NY 10603
Phone: 914-977-0555
Fax: 914-997-0550

Attorney for Plaintiffs