**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                    July 16, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
08CV3682(CLB)(LMS)

Andrew C. Quinn
Quinn & Mellea
399 Knollwod Road    #220
White Plains, NY 10603

Keith P. Byron
Assistant County Attorney
County of Dutchess
22 Market Street
Poughkeepsie, NY 12601

    The matter of    **MIKUS-V-DUTCHESS**    has been    **re- scheduled** for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge, from    8/4/08    to    ***August 7, 2008 at 11:30AM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: /s/ Lisa Margaret Smith
_____
Hon. Lisa Margaret Smith
U.S.M.J.