IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKUS, TODD et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF DUTCHESS, NEW YORK<br><br>AND<br><br>THE DUTCHESS COUNTY SHERIFF'S DEPARTMENT OF DUTCHESS COUNTY, NEW YORK<br><br>AND<br><br>ADRIAN H. ANDERSON, SHERIFF OF THE COUNTY OF DUTCHESS, NEW YORK<br><br>Defendants. | Case No.: 08-cv-3682<br>JURY TRIAL DEMANDED |

## **FINAL ORDER AND JUDGMENT**

Having considered the Settlement Agreement between plaintiffs and the defendant and, upon joint application of plaintiffs and the defendant, by their attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Court hereby approves the terms of the Settlement Agreement as fair, reasonable, appropriate, and in accordance with law, and hereby incorporates by reference herein such Settlement Agreement;

(2) Consistent with such Settlement Agreement, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and this Final Order and Judgment under federal law.

Dated: ____8/20____, 2008                  ____Cathy Seibel____
                                            United States District Judge